# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-326-217

**Effective Date of Registration:**
October 31, 2022
**Registration Decision Date:**
November 03, 2022

## Title

    **Title of Work:** 101 POOPING PUPPIES

## Completion/Publication

    **Year of Completion:** 2020
    **Date of 1st Publication:** December 22, 2020
    **Nation of 1st Publication:** United States

## Author

-     **Author:** UT Brands LLC
    **Author Created:** 2-D artwork
    **Work made for hire:** Yes
    **Domiciled in:** United States

## Copyright Claimant

    **Copyright Claimant:** UT Brands LLC
    5965 Village Way, Suite E105-509, San Diego, CA, 92130, United States

## Rights and Permissions

    **Organization Name:** Umberg Zipser LLP
    **Name:** Mei Tsang
    **Email:** mtsang@umbergzipser.com
    **Telephone:** (949)679-0052
    **Address:** 1920 Main Street
    Suite 750
    Irvine, CA 92614 United States

## Certification

                                **Name:** Robert Kushner
                                **Date:** October 31, 2022
**Applicant's Tracking Number:** 104028.0126CPY

---

**Correspondence:** Yes